UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 10-cr-93-01-SM

<u>Sean Brown</u>,
    Defendant

## O R D E R

Defendant Brown's motion to continue the final pretrial conference and trial is granted (document no. 20). Trial has been rescheduled for the month of October 2010. Defendant Brown shall file a waiver of speedy trial rights not later than July 30, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 8, 2010 at 10:30 a.m.

Jury selection will take place on October 19, 2010 at 9:30 a.m.

SO ORDERED.

                                                                    _____
                                                                    Steven J. McAuliffe
                                                                        Chief Judge

July 21, 2010

cc:   Bjorn Lange, Esq.
       Jennifer Davis, AUSA
       U.S. Marshal
       U.S. Probation