UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

                v.

                                        Case No.  10-cr-93-01-SM

Sean Brown,
        Defendant

O R D E R

Defendant Brown's  motion to continue the final pretrial conference and
trial is granted  (document no. 31).  Trial has been rescheduled for the month of
May 2011.   Defendant Brown shall file a waiver of speedy trial rights not later
than January 21, 2011.   On the filing of such waiver, his continuance shall be
effective.

The Court finds that the ends of justice served by granting a continuance
outweigh the best interest of the public and the defendant in a speedy trial,
18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would
unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

Final Pretrial Conference  is rescheduled for May  6, 2011 at 3:00 p.m.

Jury selection will take place on May 17, 2011 at 9:30 a.m.


SO ORDERED.


                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge


January 11, 2011

cc:    Bjorn Lange,  Esq.
       Jennifer Davis, AUSA
       U.S. Marshal
       U.S. Probation