UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
	Plaintiff

		v.
						Case No.  10-cr-93-01-SM

<u>Sean Brown,</u>
	Defendant

O R D E R

Defendant Brown's motion to continue the final pretrial conference and trial is granted (document no. 35).  Trial has been rescheduled for the month of June 2011.  Defendant Brown shall file a waiver of speedy trial rights not later than May 16, 2011.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for June 9, 2011 at 10:30 a.m.

Jury selection will take place on June 21, 2011 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

May 6, 2011

cc: Bjorn Lange, Esq.
Jennifer Davis, AUSA
U.S. Marshal
U.S. Probation