UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

                             Case No. 10-cr-93-01-SM

<u>Sean Brown,</u>
    Defendant

## ORDER

Defendant Brown's motion to continue the final pretrial conference and trial is granted (document no. 44). Trial has been rescheduled for the month of October 2011. Defendant Brown shall file a waiver of speedy trial rights not later than July 28, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

      Final Pretrial Conference is rescheduled for October 7, 2011 at 3:30 p.m.

      Jury selection will take place on October 18, 2011 at 9:30 a.m.

      SO ORDERED.

                                        Steven J. McAuliffe
                                          Chief Judge

July 19, 2011

cc:   Bjorn Lange, Esq.
       Jennifer Davis, AUSA
       U.S. Marshal
       U.S. Probation