UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

       v.

                                 Case No.  10-cr-93-01-SM

<u>Sean Brown,</u>
    Defendant


ORDER
---

Defendant Brown's motion to continue the final pretrial conference and trial is granted in part - continued for 45 days (document no. 47).  No further continuances absent extraordinary circumstances.  Trial has been rescheduled for the December 2011 trial period.  Defendant Brown shall file a waiver of speedy trial rights not later than October 14, 2011.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 1, 2011 at 10:30 a.m.

Jury selection will take place on December 13, 2011 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

October 3, 2011

cc:  Bjorn Lange, Esq.
     Jennifer Davis, AUSA
     U.S. Marshal
     U.S. Probation