UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 10-cr-93-01-SM

<u>Sean Brown,</u>
    Defendant

## ORDER

The Government's motion to continue the final pretrial conference and trial for 30 days is granted (document no. 52). No further continuances absent extraordinary circumstances. Trial has been rescheduled for the January 2012 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for January 6, 2012 at 3:00 p.m.

Jury selection will take place on January 18, 2012 at 9:30 a.m.


SO ORDERED.


*Steven J. McAuliffe*
Chief Judge


November 22, 2011

cc:  Bjorn Lange, Esq.
     Michael Ramsdell, Esq.
     Jennifer Davis, AUSA
     U.S. Marshal
     U.S. Probation