```
          UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF NEW HAMPSHIRE
```

United States of America,
    Plaintiff

    v.

                              Case No.   10-cr-93-01-SM

Sean Brown,
    Defendant

## O R D E R

A hearing was held on the defendant's Motion to Continue Trial (document no. 97) on December 21, 2012.  Present were Assistant United States Attorney Seth Aframe, on behalf of the government; Sean Brown, representing himself pro se, and Liam Scully, Esq., appearing as standby counsel on behalf of the defendant.

After the Court's colloquy with defendant Brown regarding his need for a continuance, the motion was granted by the court. A further pretrial conference will be held on March 6, 2013 at 10:30 a.m.  The case is continued until March 19, 2013, when a jury will be selected.  Evidence will commence immediately after jury selection.  Defendant Brown shall file a waiver of speedy trial rights on or before January 7, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B),

in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

SO ORDERED.

Steven J. McAuliffe
U.S. District Judge

December 26, 2012

cc: Sean Brown, pro se
Liam Scully, Esq.
Jennifer Davis, AUSA
Seth Aframe, AUSA
U.S. Marshal
U.S. Probation