UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

    v.                                       Case No. 10-cr-93-01-SM

<u>Sean Brown</u>

<u>ORDER</u>

    Re: Document No. 123, Motion to Compel Discovery of Identification of Material Witness.

    Ruling: Denied; see order dated March 5, 2013 (doc. no. 117 - sealed pending conclusion of trial).  In addition, the government's objection appears to provide defendant with the information he seeks.  Finally, the government will be required to establish that drugs offered in evidence were in fact taken from the defendant.

Date:  March 13, 2013                     _____
                                            Steven J. McAuliffe
                                            United States District Judge